# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: Application for Exemption from the Electronic Public Access Fees Emily DallOrso Courthouse Programs Director Discovering Justice | ) ) ) ) ) ) ) | Miscellaneous Business Docket No. 24-mc-91166-FDS |

## ORDER

This matter is before the Court upon the application and request by Emily DallOrso, Courthouse Programs Director for Discovering Justice for an exemption of the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Emily DallOrso, an individual associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. DallOrso has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. DallOrso shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. Discovering Justice is a registered non-profit organization that engages students and communities in exploring the justice system. As Courthouse Programs Manager, Ms. DallOrso welcomes student groups of all ages to the Moakley Federal Courthouse. PACER access would allow Ms. DallOrso the ability to review cases prior to the student seeing live court and to prepare a developmentally appropriate summary of the case.

The following limitations apply:

i. this fee exemption applies only to Emily DallOrso at Discovering Justice;
ii. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
iii. by accepting this exemption, Emily DallOrso agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Emily DallOrso is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid through December 31, 2029.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: April 12, 2024

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Chief Judge, United States District Court